# In The United States Court of Federal Claims

No. 10-482C

(Filed:  December 15, 2011)

_____

RICHARD GARCIA CONSTRUCTION
COMPANY, a California Corporation,

                Plaintiff,

         v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic preliminary status conference will be held in this case on Wednesday, January 5, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                          <u>s/ Francis M. Allegra</u>
                                          Francis M. Allegra
                                          Judge