# In The United States Court of Federal Claims

No. 10-482C

(Filed:  January 6, 2011)

_____

RICHARD GARCIA CONSTRUCTION
COMPANY, a California Corporation,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

     A telephonic preliminary status conference that was originally scheduled for January 5, 2011, has been rescheduled for January 12, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                             s/ Francis M. Allegra
                                                             Francis M. Allegra
                                                             Judge