# In The United States Court of Federal Claims

No. 10-482C

(Filed:  January 13, 2011)

_____

RICHARD GARCIA CONSTRUCTION
COMPANY, a California Corporation,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 12, 2011, a preliminary status conference was held in this case.  Participating in the conference were William Lee Bruckner, for plaintiff and Nelson Richards, for defendant.  Based on discussions during the conference, the court adopts the following schedule:

1.    On or before February 21, 2011, the parties shall exchange their initial disclosures;

2.    On or before July 15, 2011, the parties shall complete fact discovery;

3.    On or before August 26, 2011, the parties shall simultaneously disclose their expert witnesses and submit their expert reports;

4.    On or before October 28, 2011, expert discovery shall close; and

5.    On or before November 10, 2011, the parties shall file a joint status report indicating how this case will proceed.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge